# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Jarrett Jackson, )<br>   Movant, )<br>vs. )<br>United States of America, )<br>   Respondent. ) | No. 04-1101-CV-W-FJG<br>Crim. No. 02-0347-01-CR-W-FJG |

## ORDER

Pending before this Court are movant's motion to vacate, set aside, or correct sentence by a person in federal custody (Doc. #1, filed December 1, 2004), the Government's response (Doc. #4, filed January 10, 2005), and movant's motion in opposition to the Government's response (Doc. #6, filed February 17, 2005).

Movant entered a guilty plea on July 11, 2003. The record reflects that movant entered into the plea agreement freely and voluntarily, and that he understood the nature of the offenses including the penalties provided by law. Further, movant acknowledged his complete satisfaction with representation and advice received by his counsel. (Doc. #51, filed July 21, 2003).

Movant did not appeal his conviction or sentence. His motion to file a "belated appeal" (Doc. #57, filed July 26, 2004) was denied by this Court on October 7, 2004 (Doc. #60).

Accordingly, this Court concludes the issues raised by movant are not supported by either the record or prevailing legal authority. It is for these reasons that movant's request for an evidentiary hearing is denied, and his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. Sec. 2255 is denied.

                 /s/Fernando J. Gaitan, Jr.
                 Fernando J. Gaitan, Jr.
                 United States District Judge

Dated: May 17, 2005
Kansas City, Missouri